IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALBERT MOKHTAR, d/b/a GEORGETOWN OFFICE COMMUNITY, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § § | CIVIL ACTION NO. |
| PEERLESS INDEMNITY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(b) and Local Rule CV-81.1, Defendants Peerless Indemnity Insurance Company ("Peerless" or "Defendant") files this Notice of Removal hereby removing this action from the 14th Judicial District Court of Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division. Removal is based on diversity jurisdiction because there is complete diversity between Plaintiff Albert Mokhtar, d/b/a Georgetown Office Community ("Plaintiff") and Peerless and the amount in controversy exceed $75,000, exclusive of interest and costs. In support of its Notice of Removal, Defendant would respectfully show the Court as follows:

### I.
### INTRODUCTION

This dispute arises out of a claim for alleged hail damage to commercial property located at 17768 Preston Road, Dallas, Texas 75252 (the "Property"). Plaintiff alleges that Defendant breached a policy of insurance and that Defendant violated certain provisions of the TEXAS INSURANCE CODE and TEXAS DECEPTIVE TRADE PRACTICES ACT

("DTPA") by, among other things, underpaying Plaintiff's claim for storm-related damages.

On April 4, 2016, Plaintiff filed its Original Petition in the 14th Judicial District of Dallas County, Texas against Defendant. Defendant was served with a citation and a copy of Plaintiff's Original Petition on or about April 13, 2016 through its registered agent for service of process. This Notice of Removal is being filed within thirty (30) days of service of the Petition, and is thus timely filed under 28 U.S.C. § 1446(b). As explained below, removal is proper in this case because there is complete diversity of citizenship between the parties, and it is apparent from the face of Plaintiff's Original Petition that the amount in controversy exceeds $75,000.00.

## II.
## BASIS FOR REMOVAL

**A.   DIVERSITY OF CITIZENSHIP**

Removal is proper because there is complete diversity between the parties. *See* 28 U.S.C. § 1332(a). Plaintiff has alleged in its Original Petition that it is a resident of Los Angeles, California. *See* Plaintiff's Original Petition at ¶3.

Peerless is a company organized under the laws of the State of Illinois with its principal place of business in Boston, Massachusetts. For diversity purposes, Peerless is a citizen of both Illinois and Massachusetts.

**B.   AMOUNT IN CONTROVERSY**

Generally, the amount in controversy for purposes of establishing federal jurisdiction should be determined by the plaintiff's complaint. *De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1411-12 (5th Cir. 1995). Here, it is apparent from the face of Plaintiff's

Original Petition that its claims exceed $75,000.00, as Plaintiff alleges it "seeks in excess of $100,000.00." *See* Plaintiff's Original Petition, ¶ 2.

This is a civil action brought in state court and this Court has original jurisdiction over the subject matter pursuant to 28 U.S.C. § 1332(a). Plaintiff's citizenship is diverse from Peerless. Further, as alleged in its Petition, Plaintiff seeks to recover in excess of $100,000.00 from Defendant. Therefore, the amount in controversy in this case exceeds $75,000.00. Therefore, removal of this action is proper under 28 U.S.C. § 1441(a).

## CONSENT TO REMOVAL UNNECESSARY

Peerless is the only defendant named in Plaintiff's Petition, thus, no additional consent is needed for removal.

## III.

## COMPLIANCE PROCEDURAL REQUIREMENTS

As required by Local Rule 8.1(a), filed concurrently with this Notice of Removal is a completed civil cover sheet, supplemental civil case cover sheet and a signed Certificate of Interested Persons that complies with LR 3.1(c). Additionally, the following exhibits are attached:

- **EXHIBIT A**   Index of all documents filed in state court;
- **EXHIBIT B**   Register of Actions in the state court action;
- **EXHIBIT C-1-C-3** A copy of each document filed in the state court action.

Pursuant to Section 28 U.S.C. §1446(d), Defendant will give written notice of filing of this Notice of Removal to all adverse parties promptly after the filing of same.

Pursuant to 28 U.S.C. §1446(d), Defendant will file a true and correct copy of this Notice of Removal with the District Clerk, 14th Judicial District, Dallas County, Texas promptly after filing of same.

## IV.
## REQUEST FOR RELIEF

Based on the foregoing, Defendant Peerless Indemnity Insurance Company respectfully requests that the above-captioned action now pending in the 14th Judicial District Court, Dallas County, Texas be removed to the United States District Court for the Northern District of Texas, Dallas Division.

Respectfully submitted,

*/s/ Colin Batchelor*
MARK D. TILLMAN
State Bar No. 00794742
COLIN BATCHELOR
State Bar No. 24043545

**TILLMAN BATCHELOR**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
E-mail:  mark.tillman@tb-llp.com
E-mail:  colin.batchelor@tb-llp.com

**ATTORNEYS FOR DEFENDANT PEERLESS INDEMNITY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of **Defendant's Notice of Removal** has been forwarded to Plaintiff's counsel of record, as identified below, via electronic means and/or facsimile, on the 12th day of May, 2016, in accordance with the Federal Rules of Civil Procedure.

**ATTORNEYS FOR PLAINTIFF**
Patrick Connell McGinnis
Phillip N. Sanov
The Merlin Law Group
Three Riverway, Suite 701
Houston, Texas 77056
Telephone: (713) 626-8880
Facsimile: (713) 626-8881
pmcginnis@MerlinLawGroup.com
psanov@MerlinLawGroup.com

*/s/ Colin Batchelor*
COLIN BATCHELOR