**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ALBERT MOKHTAR, d/b/a GEORGETOWN OFFICE COMMUNITY,** | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | **CIVIL ACTION NO.: 3:16-cv-01308-M** |
| **PEERLESS INDEMNITY INSURANCE COMPANY,** | § § § § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

On this day came on to be heard the parties' Joint Motion to Dismiss with Prejudice. Having considered the Motion (ECF # 15), the Court is of the opinion that same should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that all claims that have been and/or could have been asserted by Plaintiff Albert Mokhtar, d/b/a Georgetown Office Community against Defendant Peerless Indemnity Insurance Company in the above-styled lawsuit are hereby dismissed with prejudice to the re-filing of same, with costs of Court to be taxed against the party incurring the same. All relief not expressly granted herein is DENIED.

**IT IS SO ORDERED**.

Dated: October 11, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE